IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>PABLO JOSE CAMACHO CANDELARIO<br>JENNIFER RODRIGUEZ CRUZ<br>      Debtor(s)<br>PABLO JOSE CAMACHO CANDELARIO<br>JENNIFER RODRIGUEZ CRUZ<br><br>      Plaintiff(s)<br>GLORIA L CARRILLO SANCHEZ<br>LILIANA MORELL BRIGANTINOS<br>TOWER BONDING & SURETY CO INC<br><br>      Defendant(s) | CASE NO. 17-02357-MCF7<br>Chapter 7<br><br>ADVERSARY NUMBER: 19-00029-MCF<br><br>FILED & ENTERED ON JUN/13/2019 |

ENTRY OF DEFAULT

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law.

> Name: Gloria L. Carrillo Sanchez
>
>       Liliana Morell Brigantinos

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Plaintiff shall, within 28 days from the entry of default, move for default judgment or default hearing and comply with the affidavit requirement under 50 USC § 3931, Fed. R. Bankr. P. 7055, and Bankr. D.P.R. R. 9013(a)(4)(B).

Failure to comply with this order may result in the dismissal of the case without further notice or need of a hearing. Clerk is to follow up.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of June, 2019.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge