IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>PABLO JOSE CAMACHO CANDELARIO<br>JENNIFER RODRIGUEZ CRUZ<br>  Debtor(s)<br>PABLO JOSE CAMACHO CANDELARIO<br>JENNIFER RODRIGUEZ CRUZ<br><br>  Plaintiff(s)<br>GLORIA L CARRILLO SANCHEZ<br>LILIANA MORELL BRIGANTINOS<br>TOWER BONDING & SURETY CO INC<br><br>  Defendant(s) | CASE NO. 17-02357-MCF7<br>Chapter 7<br><br>ADVERSARY NUMBER: 19-00029-MCF<br><br>FILED & ENTERED ON OCT/07/2019 |

ORDER & NOTICE

The Initial Scheduling Conference scheduled for October 9, 2019, at 9:00 AM, is hereby rescheduled for December 11, 2019, at 9:00 AM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico.

Clerk is to follow up on Docket Nos. 31 & 32.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of October, 2019.

Mildred Caban Flores
United States Bankruptcy Judge